**FILED**
March 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>                        Plaintiff,       )<br>v.                                                    )<br>                                                        )<br>RONALD TAYLOR,                         )<br>                                                        )<br>                        Defendant.   ) | Case No. CR.S-07-0071-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RONALD TAYLOR, Case No. CR.S-07-0071-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of $50,000.00

       _X_   Unsecured Appearance Bond

       ___   Appearance Bond with 10% Deposit

       _X_   Appearance Bond with Surety

       _X_   (Other) <u>Conditions as stated on the record</u>

       _X_   (Other) <u>The Defendant is to be released on 03/05/07 under a $50, 000.00 Unsecured Bond, co-signed by his wife. Defense counsel is to file a $50,000.00 Secured Bond with the Court within 2 weeks.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 5, 2007</u> at <u>3:08 pm.</u>

By   /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge