Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RONALD TAYLOR,<br><br>　　　　　Defendant | Case No.: 2:07-CR-0071 FCD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:　September 24, 2007<br>Time:　10:00 a.m.<br>Courtroom:  #2<br><br>**"AS MODIFIED"** |

　　　It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the hearing in the above entitled case be continued from September 24, 2007 at 10:00 a.m. to October 29, 2007 at 10:00 a.m. in the same courtroom. Defendant's attorney, Philip Cozens, is still negotiating the plea agreement with Carolyn Delaney, Assistant United States Attorney, and will need approximately another four weeks to come to an agreement.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on September 24, 2007, but must appear on October 29, 2007.

　　　It is further stipulated that the period from the date of this stipulation through and including October 29, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated this 21st day of September, 2007

                                              /s/ Philip Cozens
                                              Philip Cozens, Attorney for
                                              Defendant Ronald Taylor

/s/ Carolyn Delaney
  Assistant United States Attorney

### ORDER

The Court, having read and considered the Stipulation to Continue Hearing to October 29, 2007, and finding good cause therefore, the Court hereby orders the following:

1)     The status conference in the above-entitled case be continued from September 24, 2007 at 10:00 a.m. to October 29, 2007 at 10:00 a.m. in the same Courtroom;

2)     Defendant need not appear in Court on September 24, 2007, but must appear on October 29 , 2007; and

3)     The period from the date of this stipulation through and including October 29, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: September 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE