Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone:  (916) 443-1504
Fax:   (916) 443-1511

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RONALD TAYLOR,<br><br>    Defendant | Case No.: 2:07-CR-0071 FCD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   November 19, 2007<br>Time:   10:00 a.m.<br>Courtroom:  Damrell |

It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the hearing in the above entitled case be continued from November 19, 2007 at 10:00 a.m. to December 10, 2007 at 10:00 a.m. in the same courtroom. Defendant's attorney, Philip Cozens, is in trial in Department 14 of the Sacramento Superior Court and will not be available to appear in Federal Court on November 19, 2007.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on November 19, 2007, but must appear on December 10, 2007.

It is further stipulated that the period from the date of this stipulation through and including December 10, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

/////

/////

STIPULATION AND ORDER - TAYLOR - 1

Dated this 16th day of November 2007

/s/ Philip Cozens
Philip Cozens, Attorney for
Defendant Ronald Taylor

/s/ Carolyn Delaney
 Assistant United States Attorney

**ORDER**

The Court, having read and considered the Stipulation to Continue Hearing to December 10, 2007, and finding good cause therefore, the Court hereby orders the following:

1)   The status conference in the above-entitled case be continued from November 19, 2007 at 10:00 a.m. to October 29, 2007 at 10:00 a.m. in the same Courtroom;

2)   Defendant need not appear in Court on November 19, 2007, but must appear on December 10, 2007; and

3)   The period from the date of this stipulation through and including December 10, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.§3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE