1  `Philip Cozens SBN# 854051
   LAW OFFICE OF PHILIP COZENS
2  1007 Seventh Street, Suite 500
   Sacramento, CA  95814
3
   Telephone:  (916) 443-1504
4  Fax:   (916) 443-1511

5  Attorney for Defendant

6

7                     IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | ) Case No.: 2:07-cr-0071 FCD
11 |            Plaintiff,     | ) STIPULATION AND ORDER TO
   |                           | ) CONTINUE HEARING
12 |       vs.                 | ) Date:  December 10, 2007
13 | RONALD TAYLOR,            | ) Time:  10:00 a.m.
14 |            Defendant      | )

15

16     It is stipulated between the United States Attorney as represented by Carolyn Delaney,

17 Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at

18 law, that the hearing in the above entitled case be continued from December 10, 2007 at

19 10:00 a.m. to January 14, 2008 at 10:00 a.m. in the same courtroom. Defendant's attorney, Philip

20 Cozens, is in a murder trial in Department 7, before the Hon. David Rosenberg of the Yolo

21 County Superior Court, and will not be available to appear in Federal Court on

22 December 10, 2007.  It is further stipulated by said Assistant United States Attorney and

23 Defendant that Defendant need not appear in Court on December 10, 2007, but must appear on

24 January 14, 2008.

25      It is further stipulated that the period from the date of this stipulation through and

26 including January 14, 2008, be excluded in computing the time within which trial must

27 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

28 Code T4 for continuity and preparation of counsel..

STIPULATION AND ORDER - TAYLOR - 1

Dated this 7th day of December, 2007

                                      /s/ Philip Cozens
                                      Philip Cozens, Attorney for
                                      Defendant Ronald Taylor

/s/ Carolyn Delaney
  Assistant United States Attorney

## ORDER

The Court, having read and considered the Stipulation to Continue Hearing to January 14, 2008, and finding good cause therefore, the Court hereby orders the following:

1)    that the status conference in the above-entitled case be continued from December 10, 2007 at 10:00 a.m. to January 14, 2008 at 10:00 a.m. in the same Courtroom;

2)    that Defendant need not appear in Court on December 10, 2007, but must appear on January 14, 2008; and

3)    the period from the date of this stipulation through and including January 14, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: December 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE