1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 07-0071 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| RONALD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Phillip Cozens, that the defendant's pre-trial release conditions should be amended as follows to comply with the Adam Walsh Act.  Specifically, at the request of the Pre-trial Services Officer, and with the agreement of the parties, the pre-trial release conditions should be amended to include the following language:

   **"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

    **CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer."**

Dated: December 13, 2007          Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

Dated: December 13, 2007          /s/ Phillip Cozens

                                        PHILLIP COZENS
                                        Attorney for Ronald Taylor

**ORDER**

**IT IS HEREBY ORDERED** that the defendant's conditions of pretrial release shall be amended to include the following language:

    **"You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

    **CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer."**

Dated:   December 13, 2007.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE