```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cr-0071 FCD |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RONALD TAYLOR, | |
| Defendant. | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Ronald Taylor, it is hereby

    ORDERED, ADJUDGED AND DECREED as follows:

    1.   Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.   a Hewlett Packard Pavilion a140n computer CPU;

        b.   a Seagate hard drive model ST3200826AS.

    2.   The above-listed property constitutes property that was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

1

designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

    4.   The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    SO ORDERED this 25th day of <u>January</u>, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2