McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0071 FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on January 25, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Ronald Taylor forfeiting to the United States the following property:

      a.   a Hewlett Packard Pavilion a140n computer CPU;

      b.   a Seagate hard drive model ST3200826AS.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to

the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Ronald Taylor.

    2.   All right, title, and interest in the above-listed property shall vest solely in the United States of America.

    3.   The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED this 27th day of May, 2008.

_____
FRANK C. DAMRELL, JR.
United States District Judge