Philip Cozens SBN# 854051
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant  RONALD TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-0071 FCD |
| Plaintiff, | ORDER FOR RECONVEYANCE |
| vs. | |
| RONALD TAYLOR, | |
| Defendant | |

Defendant having been sentenced and judgment imposed, and the Court finding good cause therefore, orders the reconveyance of the property located in Sacramento County at 8529 Sun Florin Drive, Sacramento, California  95828, Lot 35 as shown on the Plat of Sunrise Florin, recorded in Book 128 of Maps, Map No. 24, Records of said county, back to Yoshiko Taylor, a married woman as her sole and separate property.

Dated:  October 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER FOR RECONVEYANCE - TAYLOR - 1