IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                          No. CR S-07-0071 KJM DAD P

      vs.

RONALD TAYLOR,

      Movant.                          <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).

      On August 22, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

      Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 22, 2011, are adopted in full.

    2. The motion to vacate, set aside or correct movant's sentence (Docket No. 48) is denied.

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

    4. The Clerk of the Court is directed to close the companion civil case, No. CIV S-09-3018.

DATED:  September 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

hm
tayl0071.803